UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2023 MAR -2 PM 12: 31
CLERK
BY\_\_\_\_AL\_\_\_\_
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Crim. No. 2:23-CR-20-1-2 |
| | ) |
| AARON CRUZ-CASTELAZO | ) (8 U.S.C. § 1324) |
| MARCOS ROSAS-MENDOZA | ) |
| Defendants | ) |

INDICTMENT

The grand jury charges:

On or about February 19, 2023, in the District of Vermont, the defendants AARON CRUZ-CASTELAZO and MARCOS ROSAS-MENDOZA, knowing and in reckless disregard of the fact that aliens Emmanuel Moheno-Gomez, Edith Alcudia-Ocana and Juana Alcudia-Ocana had entered the United States in violation of law, attempted to transport said aliens within the United States in furtherance of such violation of law, by means of a vehicle.

(8 U.S.C. § 1324(a)(1)(A)(ii) & 18 U.S.C. § 2)

A TRUE BILL

▓▓▓▓▓▓▓▓
FOREPERSON

*Nikolas P. Kerest*
NIKOLAS P. KEREST (GLW)
United States Attorney
Burlington, Vermont
March 2, 2023

1